IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Michael D. Glover,

    Plaintiff,

vs.                                Case No. 13-2646-JTM

United States of America, *et al.*,

    Defendants.


MEMORANDUM AND ORDER


    Michael Glover is presently incarcerated in Leavenworth, Kansas, having been convicted of being a felon in possession of a firearm and possession with intent to distribute heroin. The United States District Court for the Eastern District of Missouri sentenced Glover to 360 months imprisonment. *See United States v. Glover*, No. 12:-00243-JAR-1 (E.D. Mo.).

    Glover commenced the present action *pro se* in Kansas state court by a single-page petition entitled "SATISFACTION OF JUDGMENT," which alleges that the federal criminal judgment against him "is satisfied, insofar as the same in considered a lien payable to the United States, and by subrogation, the attachment, page 2 hereof, is effective immediately." (Dkt. 1-1). Glover attached to his state court petition a document entitled "NON-NEGOTIABLE ADMINISTRATIVE RELEASE DEED" by which he purports to release himself from the federal judgment. The

defendants, the United States Department of Treasury, the Federal Bureau of Prisons, the United States District Court, and the United States of America, removed the action to this court.

The defendants have moved to dismiss, and the court finds the motion should be granted. Glover's complaint is essentially identical to other complaints which have been summarily dismissed as clearly frivolous. *See Amerson v. United States of America*, Case No.13-cv-03132 (D. Kan. September 17, 2013) (dismissing similar "SATISFACTION OF JUDGMENT" civil action seeking to circumvent federal criminal proceedings). Glover has filed no response to the defendants' motion.

IT IS ACCORDINGLY ORDERED this 7th day of April, 2014, that the defendants' Motion to Dismiss (Dkt. 9) is hereby granted for good cause shown and pursuant to D.Kan.R. 7.4.

    s/ J. Thomas Marten
J. THOMAS MARTEN, JUDGE